Juan C. Araneda (SBN 213041)
  E-Mail: jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Tel: (415) 490-9000 / Fax: (415) 490-9001

Victoria Shin (SBN 306347)
  E-Mail: vshin@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Tel: (213) 330-4500 / Fax: (213) 330-4501

Attorneys for Defendant Wal-Mart Associates, Inc.
(erroneously sued as "Walmart Associates, Inc.")

Nicol E. Hajjar (SBN 303102)
WILSHIRE LAW FIRM
A Professional Law Corporation
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
E-mail:    NicolHajjarsTeam@wilshirelawfirm.com

Attorney for Plaintiff
Linda Brown

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BROWN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALMART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No:   2:23-cv-04969-KK (Ex)<br>*[Assigned to Judge Kenly Kiya Kato]*<br><br>*[Removed from Los Angeles County Superior Court Case No. 23STCV10996]*<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   May 16, 2023<br>Trial Date:            August 19, 2024 |

The parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 24, 2024

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT COURT JUDGE